UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     FILED

| | |
|---|---|
| ZORAIDA SANTIAGO<br>*Plaintiff* | : CIVIL ACTION NO.  2003 OCT 14  A 11: 08<br>: 3:00CV00662(CFD)<br>: US DISTRICT COURT |
| v. | : HARTFORD CT |
| DEPARTMENT OF SOCIAL<br>SERVICES, ET AL.<br>*Defendant* | :<br>: OCTOBER 14, 2003 |

### DEFENDANTS' MOTION FOR SUMMARY DISMISSAL AND/OR THIRD MOTION TO COMPEL AND MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES 37 AND 41

The Defendants, Department of Social Services, Patricia Wilson-Coker and Dennis King, hereby respectfully move to dismiss, pursuant to Federal R. Civ. 37(b)(2)(C) and 37(d), Rule 41, and Local Rule 37, for failure to abide by previous court orders. In the alternative, the defendants move for a third time to compel discovery and seek sanctions in the above captioned matter pursuant to Federal R. Civ. P. §§ 37(a) for reasons set forth in the attached memorandum of law.

DEFENDANT,
DEPARTMENT OF SOCIAL
SERVICES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Beth.Margulies@po.state.ct.us
D. Conn. Federal Bar # 08469

1

CERTIFICATION

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Motion to Dismiss, Motion to Compel with Sanctions was mailed, first class postage prepaid, this 14th day of October, 2003 to:

Marc Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr.
409 Orange Avenue
New Haven, CT  06511
Tel.: (203) 624-4666

Beth Z. Margulies
Assistant Attorney General