UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 14 A 11: 08
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ZORAIDA SANTIAGO<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:00CV00662(CFD)<br>: |
| v. | : |
| DEPARTMENT OF SOCIAL<br>SERVICES, ET AL.<br>*Defendant* | :<br>:<br>: OCTOBER 14, 2003 |

## BILL OF COSTS AND
## REQUEST FOR ATTORNEY'S FEES

Pursuant to the provisions of Rule 37(a)(4)(A) of the Federal Rules of Civil Procedure, the defendants respectfully request that they be reimbursed as follows for the costs of the Defendants' Third Motion to Compel dated October 14, 2003.

**Copying Costs @ $.50/page:**

| | |
|---|---|
| Third Motion to Compel<br>(5 pages)(2 copies) | $5.00 |
| Certificate of Good Faith (2 pages)(2 copies) | 2.00 |
| Bill of Costs (2 pages)(2 copies) | 2.00 |

**Postage (first class)**
U.S. Mail (2 copies)                              5.00

**Paralegal's Fees @ $75.00/hour**

Preparation and proof of Third
Motion to Compel (2.5 hours)                      $112.50

**Attorney's Fees @ $250.00/hour**

Review, modification, and proof of Motion
to Compel (2.0 hours)                             $500.00

                                    **TOTAL**    **$726.50**

DEFENDANT
DEPARTMENT OF SOCIAL
    SERVICES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Beth.Margulies@po.state.ct.us
D. Conn. Federal Bar # 08469

## CERTIFICATION

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing was mailed, first class postage prepaid, this 14th day of October, 2003 to:

Marc Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr.
409 Orange Avenue
New Haven, CT 06511
Tel.: (203) 624-4666

*Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General

2