UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ZORAIDA SANTIAGO
*Plaintiff*

v.

DEPARTMENT OF SOCIAL
SERVICES, ET AL.
*Defendant*

: CIVIL ACTION NO.
: 3:00CV00662(CFD)
:
:
:
:
:
: OCTOBER 14, 2003

2003 OCT 14 A 11: 08

US DISTRICT COURT
HARTFORD CT

## RENEWED CERTIFICATE OF GOOD FAITH

In accordance with the provisions of Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure and Rule 37 of the Local Rules of Civil Procedure for the District of Connecticut, counsel hereby certifies that: (1) the foregoing Bill of Costs and Requests for Attorney's Fees accurately and completely reflect the time and resources spent by the Office of the Attorney General in the preparation and filing of this motion; (2) the hourly fee charged is reasonable and in accordance with the fee charged in the Greater Hartford area for work done by attorneys of like experience and training; and (3) in addition to past attempts, the defendant's counsel has conferred with plaintiff's counsel on October 9, 2003 in an effort to secure the information or material which is the subject of this motion as set forth in the attached motion and has failed.

DEFENDANT
DEPARTMENT OF SOCIAL
SERVICES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Beth.Margulies@po.state.ct.us
D. Conn. Federal Bar # 08469

## CERTIFICATION

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Renewed Certificate of Good Faith was mailed, first class postage prepaid, this 14th day of October, 2003 to:

Marc Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr.
409 Orange Avenue
New Haven, CT 06511
Tel.: (203) 624-4666

*Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General