TOTAL TIME: ___ hours **10** minutes       DEPUTY CLERK **Deno**    HONORABLE **Droney**    RPTR/ERO/TAPE **Marshall**

DATE **11-24-03**    START TIME **4:10**    END TIME **4:20**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Santiago**
vs.
**Social Services**

CIVIL NO. **3:00 cv662 CFD**

**Philpot**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_____
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- [x] (mhrgh) Motion Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (pchrg.) Probable Cause Hearing
- [ ] (mischrg.) Miscelaneous Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (jgmdbexam.) Judgment Debtor Exam
- [ ] (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

[x] #49 Motion **to Compel, Dismiss, Sanctions**
[x] #52 Motion **for attorney's fees**

☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

[x] **Mot.** Hearing continued until **no date set**