UNITED STATES DISTRICCT COURT
DISTRICT OF CONNECTICUT

ZORAIDA SANTIAGO          :
         Plaintiff,

vs.                       :         CIVIL NO. 300CV00662 (CFD)

DEPT. OF SOCIAL SERVICES, ET AL.
         Defendants,      :         DECEMBER 10, 2003

## DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE

The defendants hereby move for a continuance of the oral argument calendar presently scheduled for Dec. 15, 2003 at 2:00 p.m. Defendants have permission to represent that the plaintiff's attorney agrees to continue the oral argument for the following reasons.

The undersigned has sent the employment release authorization to Hobart West Group and is attempting to receive W'2s from them with regard to employers the plaintiff worked for through their temporary agency. Receipt of such information may vitiate any need for tax information from the taxing authorities. In addition, the defendant has sent out medical release authorizations to treating medical providers and is awaiting disclosure of plaintiff's medical records from them. Furthermore, the undersigned is implementing the court's suggestion and has scheduled the plaintiff's deposition for December 17, 2003. Information received from these sources may very well obviate the need to pursue the motion to dismiss, and portions of the motion to compel. Lastly, the parties are about to enter negotiations for settlement at this time.