UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZORAIDA SANTIAGO | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:00CV00662(CFD) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF SOCIAL | | |
| SERVICES, ET AL. | : | |
| *Defendants* | : | FEBRUARY 11, 2004 |

### DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

COMES NOW the Defendants, Department of Social Services, Patricia Wilson-Coker and Dennis, King, and hereby respectfully request, pursuant to Local Rule 7, an enlargement of time of forty-five (45) days until March 27, 2004 to file a motion for summary judgment. The defendants, through counsel, represent the following:

1. The parties are pursuing settlement negotiations.

2. Defendants' counsel has another deadline of March 18 for a responsive pleading in Fisher v. Helt and Doyle, 3:03CV02183 (RNC) and a deadline of April 15 for summary judgment in Lewis v. DOC, 3:02CV 2304 (MRK) among numerous other deadlines and obligations.

3. Further research on novel issues of law is required to prepare for summary judgment.

4. This is the defendants' fourth request to Modify the Scheduling Order.

5. The undersigned left a message for Attorney Marc Glenn on Feb. 11, 2004, as to whether he has an objection to this requested extension, but has not heard back from him. The

issue of filing a motion to modify had been discussed during the parties' telephone conference call with the court.

WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, resetting the deadline to file a motion for summary judgment for forty-five days (45) days from today until March 27, 2004.

DEFENDANTS
DEPARTMENT OF SOCIAL
SERVICES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Beth Z. Margulies
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
Beth.Margulies@po.state.ct.us
D. Conn. Federal Bar # 08469

## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Motion to Modify Scheduling Order was mailed, first class postage prepaid, this 13th day of February, 2004 to:

Marc Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr.
409 Orange Avenue
New Haven, CT  06511
Tel.: (203) 624-4666
Fax:  (203 624-5050

_____
Beth Z. Margulies
Assistant Attorney General