UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZORAIDA SANTIAGO | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:00CV00662(CFD) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF SOCIAL | | |
| SERVICES, ET AL. | : | |
| *Defendants* | : | FEBRUARY 11, 2004 |

**DEFENDANTS' SUPPLEMENTAL BRIEF
IN SUPPORT OF THIRD MOTION TO COMPEL
AND MOTION FOR SANCTIONS**

The defendants respectfully submit this supplemental brief in support of their Third Motion to Compel and Motion for Sanctions[1] regarding the plaintiff's failure to sign a medical release authorization form for the disclosure of her medical records and information held by Dr. Randy Burke.

The following discovery requests are still in dispute:

Requests for Production Nos. 1, 2, and 9 dated April 10, 2001[2] generally seek medical records and expenses, fully executed medical releases relating to all health care providers as well as documents relating to damages, loss, injury and other harm. Although Plaintiff's counsel said in his Seventh Disclosure Compliance Notice, dated Dec. 5, 2003, that the only medical provider was therapist Foto and that his records have been destroyed, at her deposition held December 17, 2003, the plaintiff stated that she told her ob-gyn doctor that the reason for her weight loss was

---

[1] The Defendants have decided not to pursue the Motion to Dismiss. The Bill of Costs and Requests for Attorney's Fees in the amount of $ 726.50 are attached to the defendants' main motion and are still being pursued.

[2] Exhibit F attached to the defendants' main brief in support of Third Motion to Compel and Motion for Sanctions is a copy of the defendants' original requests for production.

1

due to defendants' sexual harassment. See Deposition, pages 52-56 attached hereto. This information clearly falls within the requested information in so much as it relates to her claim of damages caused by the defendants. The time period involved is 1998, which directly corresponds to the alleged time period of sexual harassment. See Complaint, pars. 20, 24. The defendants will be greatly prejudiced without having the opportunity to review the medical records and take the deposition of this doctor. The sought after information may provide helpful information with regard not only to substantive issues of damages, but also as to issues of credibility. Defendant has a right to know what if anything was recorded in the doctor's records concerning plaintiff's statement as to her cause of weight loss, and furthermore, has the right to question the doctor as to his memory about hearing such a statement, and whether or not he would have recorded such information as a matter of course if he had heard and believed it.

WHEREFORE, the Defendants request that the plaintiff be ordered to comply immediately with the rules of discovery by having the plaintiff fill-in the medical release authorization form attached hereto with regard to medical records of Dr. Randy Burke within seven (7) days of the granting of this motion. In addition, the defendants request that their expenses set out in the Third Motion to Compel and Motion for Sanctions, including reasonable attorney's fees, be allowed in accordance with Rule 37(a)(4)(A).[3]

---

[3] In support of this motion, the defendants are filing a supplemental certificate of good faith pursuant to Rule 37(a)(2)(B), Fed. R. Civ. P., and Local Rule 37 reflecting defendant's good faith attempt to secure the disclosure of this information from the plaintiff.

DEFENDANTS
DEPARTMENT OF SOCIAL
   SERVICES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Beth Z. Margulies
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
Beth.Margulies@po.state.ct.us
D. Conn. Federal Bar # 08469

## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Supplemental Brief in support of Third Motion to Compel and Motion for Sanctions was mailed this 13th day of February, 2004 to:

Marc Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr.
409 Orange Avenue
New Haven, CT  06511
Tel.: (203) 624-4666

_____
Beth Z. Margulies
Assistant Attorney General