UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ZORAIDA SANTIAGO : CIVIL ACTION NO.
*Plaintiff* : 3:00CV00662(CFD)
:
v. :
:
DEPARTMENT OF SOCIAL :
SERVICES, ET AL. :
*Defendants* : FEBRUARY 11, 2004

## DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

COMES NOW the Defendants, Department of Social Services, Patricia Wilson-Coker and Dennis, King, and hereby respectfully request, pursuant to Local Rule 7, an enlargement of time of forty-five (45) days until March 27, 2004 to file a motion for summary judgment. The defendants, through counsel, represent the following:

1. The parties are pursuing settlement negotiations.

2. Defendants' counsel has another deadline of March 18 for a responsive pleading in Fisher v. Helt and Doyle, 3:03CV02183 (RNC) and a deadline of April 15 for summary judgment in Lewis v. DOC, 3:02CV 2304 (MRK) among numerous other deadlines and obligations.

3. Further research on novel issues of law is required to prepare for summary judgment.

4. This is the defendants' fourth request to Modify the Scheduling Order.

5. The undersigned left a message for Attorney Marc Glenn on Feb. 11, 2004, as to whether he has an objection to this requested extension, but has not heard back from him. The

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/3/04

1