UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZORAIDA SANTIAGO | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:00CV00662(CFD) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF SOCIAL | | |
| SERVICES, ET AL. | : | |
| *Defendants* | : | March 26, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE SUMMARY JUDGMENT**

COMES NOW the Defendants, Department of Social Services, Patricia Wilson-Coker and Dennis King, and hereby respectfully request, pursuant to Local Rule 7, an enlargement of time of thirty (30) days to file their summary judgment motion, up to and including April 30, 2004. In support of their motion, the defendants represent as follows:

1.   The current Scheduling Order has set the deadline for filing dispositive motions on March 27, 2004. Inasmuch as said date is a Saturday, defendant's motion for summary judgment according to the rules of the court is due on Monday, March 29, 2004.

2.   The parties are currently interested in settlement discussions. The parties are scheduled for a settlement conference before a para-judicial officer, Attorney Emanuel Psarakis, on April 5, 2004.

3.   The undersigned has been diligently working on the preparation of said summary judgment motion and all accompanying paperwork. However, since the complaint alleges five counts: Title VII, 42 U.S.C. § 1983, negligent infliction of emotional distress, intentional infliction of emotional distress and negligent supervision, approximately a half a dozen affidavits must be prepared along with numerous documents. Furthermore, extensive legal arguments must

be written. As a result, defendants need more time to provide a comprehensive and adequate defense.

    4.    The undersigned has a heavy caseload and is also currently scheduled for depositions on March 31, 2004, April 1, 2004, April 6, 2004 and April 12, 2004 in the matter of <u>Lewis v. Department of Correction</u>, 3:02CV2304(MRK). The discovery deadline is April 15, 2004 in that matter.

    5.    Pursuant to Local Rule 7(b), the undersigned contacted the office of plaintiff's counsel, Marc Glenn, Esq., and left a message but as of this mailing has not received a response and therefore was unable to ascertain his position as to this motion.

WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, extending the deadline for the filing of dispositive motions to and including April 30, 2004.

DEFENDANTS
DEPARTMENT OF SOCIAL
SERVICES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Beth Z. Margulies
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
Beth.Margulies@po.state.ct.us
D. Conn. Federal Bar # 08469

## CERTIFICATION

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Motion for Extension of Time to File Summary Judgment was mailed, first class postage prepaid, this 26th day of March, 2004 to:

Marc Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr.
409 Orange Avenue
New Haven, CT  06511
Tel.: (203) 624-4666

_____
Beth Z. Margulies
Assistant Attorney General