UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZORAIDA SANTIAGO : | CIVIL ACTION NO. |
| *Plaintiff* : | 3:00CV00662(CFD) |
| v. : | |
| DEPARTMENT OF SOCIAL : | |
| SERVICES, ET AL. : | |
| *Defendants* : | March 26, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE SUMMARY JUDGMENT**

COMES NOW the Defendants, Department of Social Services, Patricia Wilson-Coker and Dennis King, and hereby respectfully request, pursuant to Local Rule 7, an enlargement of time of thirty (30) days to file their summary judgment motion, up to and including April 30, 2004. In support of their motion, the defendants represent as follows:

1. The current Scheduling Order has set the deadline for filing dispositive motions on March 27, 2004. Inasmuch as said date is a Saturday, defendant's motion for summary judgment according to the rules of the court is due on Monday, March 29, 2004.

2. The parties are currently interested in settlement discussions. The parties are scheduled for a settlement conference before a para-judicial officer, Attorney Emanuel Psarakis, on April 5, 2004.

3. The undersigned has been diligently working on the preparation of said summary judgment motion and all accompanying paperwork. However, since the complaint alleges five counts: Title VII, 42 U.S.C. § 1983, negligent infliction of emotional distress, intentional infliction of emotional distress and negligent supervision, approximately a half a dozen affidavits must be prepared along with numerous documents. Furthermore, extensive legal arguments must

1

*GRANTED, absent objection
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/1/14*