UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -7 P 2: 37
U.S. DISTRICT COURT
HARTFORD, CT.

ZORAIDA SANTIAGO

  V           CASE NO. 3:00cv662(CFD)

DEPT. OF SOCIAL SVCS., et al

NOTICE TO COUNSEL

  The above-entitled case was reported to the Court on April 5, 2004 to be settled.  Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

  Accordingly, an order of dismissal will be entered on May 5, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

  It is so ordered.

  Dated at Hartford, Connecticut this 7th day of May, 2004.

           KEVIN F. ROWE, CLERK

         BY _/s/ Devorah Johnson_
           Devorah Johnson
           Deputy Clerk