UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZORAIDA SANTIAGO, | : | CIVIL ACTION NO. |
|    *Plaintiff,* | : | 3:00CV00662 (CFD) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF SOCIAL SERVICES, ET AL., | : | |
|    *Defendants* | : | May 5, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice, without any award of attorney's fees or costs by the Court.

        PLAINTIFF
        ZORAIDA SANTIAGO

BY: _____
       Attorney Marc L. Glenn
       The Law Office of W. Martyn Philpot, Jr.
       409 Orange Street
       New Haven, CT 06511-6404
       Tel.: (203) 624-4666
       Fax: (203) 624-5050
       Federal Bar No. CT _____

        DEFENDANTS
        DSS, et al.

BY: _____
       Beth Z. Margulies
       Assistant Attorney General
       Office of the Attorney General
       55 Elm Street - P.O. Box 120
       Hartford, CT 06141-0120
       Federal Bar No. CT08469

## **CERTIFICATION**

I hereby certify that a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was mailed, first class, postage pre-paid, to the following this 14th day of April, and this 5th day of May, 2004.

>Marc Glenn, Esq.
>The Law Office of W. Martyn Philpot, Jr.
>409 Orange Street
>New Haven, CT  06511-6404
>Tel.: (203) 624-4666
>Fax: (203) 624-5050

>_____
>Beth Z. Margulies
>Assistant Attorney General