UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZORAIDA SANTIAGO,<br>*Plaintiff,* | : | CIVIL ACTION NO.<br>3:00CV00662 (CFD) |
| v. | : | |
| DEPARTMENT OF SOCIAL SERVICES,<br>ET AL.,<br>*Defendants* | : | April 14, 2004 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice, without any award of attorney's fees or costs by the Court.

PLAINTIFF
ZORAIDA SANTIAGO

BY: /s/ Marc L. Glenn
Attorney Marc L. Glenn
The Law Office of W. Martyn Philpot, Jr.
409 Orange Street
New Haven, CT 06511-6404
Tel.: (203) 624-4666
Fax: (203) 624-5050
Federal Bar No. CT 21369

DEFENDANTS
DSS, et al.

BY: /s/ Beth Z. Margulies
Beth Z. Margulies
Assistant Attorney General
Office of the Attorney General
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Federal Bar No. CT08469

Approved and so ordered
/s/ 5/7/04